IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERICK HOFFMAN**, | : CIVIL ACTION NO. 1:05-CV-0906 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **PATRICK DOUGHER**, et al., | : |
| Defendants | : |

### ORDER

AND NOW, this 5th day of January, 2006, upon consideration of defendants' unopposed motion (Doc. 17) for stay of proceedings, averring that defendant Peter Papodopolos is presently out-of-state undergoing significant medical treatment and on active military duty until August 23, 2006, see 50 App. U.S.C. § 522(b)(1) ("At any stage . . . in a civil action or proceeding in which a servicemember . . . is a party, the court . . . shall, upon application by the servicemember, stay the action for a period of not less than 90 days . . . ."); see also FED. R. CIV. P. 16(b)(6) (stating that a pretrial schedule may be modified "upon a showing of good cause"), and the court finding that a stay of proceedings is warranted, it is hereby ORDERED that:

1. The motion (Doc. 17) for stay of proceedings is GRANTED.

2. Proceedings in the above-captioned action are STAYED pending defendant Peter Papodopolos' completion of his active military duty assignment.

3. Counsel for defendants shall file, on or before August 23, 2006, a notice of defendant Peter Papodopolos' military duty status. The notice shall be accompanied by a joint proposed case management order.

4.   The Clerk of Court is directed to CLOSE this case for statistical purposes only.

   /s/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge