IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERICK HOFFMAN**, | : | CIVIL ACTION NO. 1:05-CV-0906 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PATRICK DOUGHER**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 22nd day of August, 2006, upon consideration of the order of court date January 5, 2006 (Doc. 18), staying these proceedings pending defendant Peter Papodopolos' ("Papodopolos") completion of an active military duty assignment, and of a status report (Doc. 19) filed by defendant Papodopolos, averring that he has returned from the military assignment, and it appearing that these proceedings may now resume, it is hereby ORDERED that:

1. The stay in the above-captioned action is LIFTED.

2. On or before August 23, 2006, counsel for defendant shall file a joint proposed case management order.[1]

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] (See Doc. 18 (directing defendants to file a joint proposed case management order with the status report)).